UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>ONE BLACK 2008 BMW X5, BEARING VEHICLE IDENTIFICATION NUMBER 5UXFE43598L034621,<br><br>ONE WHITE 2011 MERCEDES C300, BEARING VEHICLE IDENTIFICATION NUMBER WDDGF8BBXBR173605,<br><br>$2,372 IN UNITED STATES CURRENCY<br><br>Defendants. | **FILED *EX PARTE* AND UNDER SEAL**<br><br>Civil Action No. _____ |

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

The United States of America, by its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, in a civil action of forfeiture pursuant to 21 U.S.C. §§ 881(a)(3), (a)(4), and/or (a)(6), alleges that:

1. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355. Venue is appropriate pursuant to 28 U.S.C. § 1395.

2. The defendant property consists of the following:

   a. one black 2008 BMW X5, bearing vehicle identification number 5UXFE43598L034621;

   b. one white 2011 Mercedes C300, bearing vehicle identification number WDDGF8BBXBR173605; and,

   c. $2,372 in United States currency

(collectively, the "Vehicles and USC").

3. As detailed in the Affidavit of Jaime A. Rainwater, Special Agent of the United States Drug Enforcement Administration, attached as Exhibit A and incorporated herein by

reference, the Vehicles are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(3), because the Vehicles represent property which was used, or intended to be used, as a container for a controlled substance, which was manufactured, distributed, dispensed, or acquired in violation of Title 21, United States Code, Sections 841, and/or 846.

    4.    As also detailed in the Affidavit of Jaime A. Rainwater, Special Agent of the United States Drug Enforcement Administration, attached as Exhibit A and incorporated herein by reference, the Vehicles are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(4), because the Vehicles represent conveyances which were used, or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment for a controlled substance, which was manufactured, distributed, dispensed, or acquired in violation of Title 21, United States Code, Sections 841, and/or 846.

    5.    As also detailed in the Affidavit of Jaime A. Rainwater, Special Agent of the United States Drug Enforcement Administration, attached as Exhibit A and incorporated herein by reference, the USC is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6), because the USC represent moneys, negotiable instruments, securities, or other things of value furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of Title 21, United States Code, Sections 841, and/or 846; and/or represents all proceeds traceable to an exchange in violation of Title 21, United States Code, Sections 841, and/or 846, and/or represents all moneys, negotiable instruments, and securities used or intended to be used to facilitate violations of Title 21, United States Code, Sections 841, and/or 846.

WHEREFORE, the United States of America requests:

1. That a Warrant and Monition, in the form submitted herewith, be issued to the United States Marshals Service for the District of Massachusetts, commanding it to retain custody of the Vehicles and USC and to give notice to all interested parties to appear and show cause why the forfeiture should not be decreed;

2. That judgment of forfeiture be decreed against the Vehicles and USC;

3. That thereafter, the Vehicles and USC be disposed of according to law; and

4. For costs and all other relief to which the United States may be entitled.

Respectfully submitted,

ANDREW E. LELLING,
United States Attorney,

By: /s/ David G. Lazarus

DAVID G. LAZARUS, BBO No. # 624907
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3100
David.Lazarus2@usdoj.gov

Date: January 19, 2018

### Verification

I, Jaime A. Rainwater, Special Agent with the Drug Enforcement Administration, state that I have read the foregoing Verified Complaint for Forfeiture *in Rem*, and the Affidavit, attached as Exhibit A, and that the contents thereof are true to the best of my knowledge, information, and belief.

Jaime A. Rainwater
Special Agent
Drug Enforcement Administration

Dated: January 19, 2018

3

<u>Jurat</u>

**Suffolk, ss.**                                                                                            Boston, Massachusetts

On this __19th__ day of __January__, 2018, before me, __Chris D. Roberts__, the undersigned notary public, personally appeared Jaime A. Rainwater, Special Agent, Drug Enforcement Administration, proved to me through satisfactory evidence of identity, which was __Government Credential__, to be the person whose name is signed on the preceding or attached document, and who swore or affirmed to me that the contents of the document are truthful and accurate to the best of his knowledge and belief.

_Chris Dee Roberts_
Notary Public

My commission expires: __July 23, 2021__

CHRIS DEE ROBERTS
Notary Public
Massachusetts
Commission Expires Jul 23, 2021

4