UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>v.<br><br>ONE BLACK 2008 BMW X5 BEARING<br>VEHICLE IDENTIFICATION NUMBER<br>5UXFE43598L034621,<br><br>ONE WHITE MERCEDES C300<br>BEARING VEHICLE IDENTIFICATION<br>NUMBER WDDGF8BBXBR173605,<br><br>$2,372 IN UNITED STATES CURRENCY,<br>        Defendants.<br><br>FAUSTO A. PUJOLS,<br>        Claimant. | Civil Action No. 18-30010-MGM |

## FINAL JUDGMENT AND ORDER OF FORFEITURE

**MASTROIANNI, D.J.**

This Court having allowed the Parties' Joint Motion for Final Judgment and Order of Forfeiture, it is hereby ORDERED, ADJUDGED, and DECREED:

1. Judgment by agreement of the United States and Fausto A. Pujols (the "Claimant") (collectively, the "Parties") is hereby entered (1) for the forfeiture of one white 2011 Mercedes C300 bearing VIN WDDGF8BBXBR173605 and $2,372 in United States Currency (the "Forfeited Properties") to the United States, pursuant to 21 U.S.C. §§ 881(a)(3), (4), and (6); and (2) for the release of one black 2008 BMW X5 bearing VIN 5UXFE43598L034621 (the "Released Vehicle") to the Claimant, via the United States Marshals Service.

2. The Forfeited Properties shall be disposed of by the United States Marshals Service, pursuant to the provisions of the Settlement Agreement entered into between the Parties, and applicable law.

3. The Released Vehicle shall be returned to Claimant by the United States Marshals Service, pursuant to the provisions of the Settlement Agreement entered into between the Parties, and applicable law.

4. Any claim of interest of any other party claiming any right, title, or interest in or to the Forfeited Properties and/or the Released Vehicle is hereby held in default and dismissed.

5. This Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Order.   Otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

DONE and ORDERED in Boston, Massachusetts, this 3 day of October, 2019.

_____
MARK G. MASTROIANNI
United States District Judge